1030

In the Matter of ALEXANDER S., an Infant. STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DAVID S., Appellant, et al., Respondent.

Submitted August 24, 2015; decided November 19, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

Judge FAHEY taking no part.

BANK OF NEW YORK, on Behalf of the CERTIFICATE HOLDERS, CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-7, Respondent, v JEAN PENALVER et al., Defendants, and JOSHUA NESBITT, Appellant.

Submitted September 8, 2015; decided November 19, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

RICHARD (RICARDO) CORDERO, Appellant, v VIVIANA BARREIRO-CORDERO et al., Respondents.

Submitted September 21, 2015; decided November 19, 2015

Motion for leave to appeal etc. dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of LAWRENCE J. WORNER, Respondent, v SUSAN GAVIN, Appellant.

Submitted September 14, 2015; decided November 19, 2015

Motion for leave to appeal denied. Motion for a stay dismissed as academic.